# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DELSHJUAN JONES,**
a.k.a. Delshaun Jones,

      Petitioner,

      v.

**WARDEN, SOUTHERN OHIO
CORRECTIONAL FACILITY,**

      Respondent.

**CASE NO. 2:17-CV-192
JUDGE GEORGE C. SMITH
Magistrate Judge Vascura**

## OPINION AND ORDER

On January 10, 2018, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 20). Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 20) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

Petitioner has failed to exercise his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

The Clerk is **DIRECTED** to enter final judgment.

      **IT IS SO ORDERED**.

      *s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE
      UNITED STATES DISTRICT COURT**